## Fanelli et al., Appellants, *v.* Philadelphia Electric Company.

Argued December 7, 1970. *Herbert Monheit,* for appellants; *Harold A. Siegel, Jr.,* with him

*Gilbert P. High,* and *High, Swartz, Roberts & Seidel,* for appellee.

Order affirmed.